**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARBARA JEAN LARSON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 65788

**FILED**

SEP 1 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court "Order After Remand." First Judicial District Court, Carson City; James E. Wilson, Judge.

No statute or court rule provides from an appeal from an order after remand. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). And we reject appellant's contention that the order is appealable as an "addendum" to the judgment of conviction. Therefore, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. James E. Wilson, District Judge
State Public Defender/Carson City
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk
Barbara Jean Larson

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31162